Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

District of Col

Alfreda Denise Williams

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Eileen Marie Williams

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:25-cv-04228   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/4/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)* ☒Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alfreda Denise Williams |
| Street Address | 810 5th Street NW |
| City and County | DC |
| State and Zip Code | Washington 20001 |
| Telephone Number | (305) 413-9916 |
| E-mail Address | Federalamerica444@gmail.com |

RECEIVED

DEC 0 4 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

DL# W452-197-585-012

D.OB. 01/04/1995

802 GALLOP HILL RD
Apt F
20879

(Address on DL)

Name                               Eileen Marie Williams
Job or Title *(if known)*          810 5th Street NW
Street Address                     DC
City and County                    Washington 20001
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Alfredo Denise Williams , is a citizen of the State of *(name)* Washington .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ;

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/04/2025

Signature of Plaintiff

Printed Name of Plaintiff    Alfreda Denise Williams

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

As I continued to file to correct the stay away orders/ Restraining order, She Kept having sex with the Judge Paying $300 or more to court clerks to block Certain Charges. that were filed against her.

She is an individual that knows how to manipulate the System, she tapped into the System, emails, and blocked everything. Pretaining to the court cases that were filed against her.

Eileen stalked me from Florida, ended up in the same Shelter to have me raped by a Black group /BLM and Butterfly Girls / Coven affiliates. She was affiliated With. (Witch)

My name is Alfreda Denise Williams, I'm residing at Patricia Handy Place for Women.

When I come home from work, I check in and I continue my everyday life here at the shelter.

I'm filing charges against Patricia Handy Place for Women this a shelter for women with certain needs that they need to met to gain stability Independency.

Recently I would say about last week, the week of 11/24-11/30 I started noticing charges going on with my body that was alarming to me when I know I had not been sexually active in over three months due to Travel/work.

I started feeling like my body was being sexually violated. The first sign I noticed was my vagina feeling extremely sore, then, My vagina started giving of a little more discharge than normal, thats when I noticed someone had ejeculated inside of me. While I was sleeping, and my vagina felt as if I had been torn Open completely, gradually forcing their way into my Vagina the last event was it appeared like someone placed a device In my vagina area (uncomfortable feeling on the right side.)

I'm currently pregnant with ~~triplets~~ Quadruplets, and she had me Raped along with staff and security Guard workers that operate the building at night. I don't understand how these men gain access to the building, this is suppose to be an all women Shelter.

I feel instead of Staff taking this issue serious they Allowed her to stay on the premisses.

to me being raped. "Saying that I had good coochie"
"Oh your definetly Pregnant"
(Very inapropriate words towards me')

She then started applying chips/devices (Wifi) inside of
my body.

Wifi Address.

Corps chef

2nd 2in 1

Smartlife-OD15

Chipping me for Black
Races Groups to be able
to Hack by connecting to
the Wifi Devices Inside of
me. ~~With~~ (Witch Coven)

there are a total of over (15) devices that were placed by
Eileen Marie Williams (witch coven)

I have bought this issue to staff they are well aware
that this Rape/Molestation took place While I was sleeping
She also expressed to clients/residence in the building
how she sucked my breast, She was touching me, trying
to be sexually intimate with me while I'm sleeping.